FILED
CLERK, U.S. DISTRICT COURT
2/26/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PERRY WAYNE SALTERS,<br><br>Defendant. | CR 2:21-cr-00088-DSF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2250(a): Failure to Register as a Sex Offender] |

The Grand Jury charges:

[18 U.S.C. § 2250(a)]

Beginning on a date unknown to the Grand Jury, but no later than or about August 28, 2017, and continuing through on or about November 22, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant PERRY WAYNE SALTERS, an individual who was required to register pursuant to the Sex Offender Registration and Notification Act ("SORNA"), as a result of being convicted of Aggravated Sexual Battery, in violation of Official Code of Georgia Annotated Section 16-6-22.2, a felony, on or about May 3, 1996, in the Superior Court for the State of Georgia, Cherokee County, case number 95CR0687, and having, after said conviction,

traveled in interstate commerce, knowingly failed to register as a sex offender as required by SORNA.

                                        A TRUE BILL

                                         /S/
                                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                        Foreperson

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Acting Deputy Chief, General Crimes Section

KEVIN B. REIDY
Assistant United States Attorney
Violent and Organized Crime Section